# CIVIL COVER SHEET

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Carolyn Montiforte

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Harrison
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Pfizer, Inc., G.D.Searle, LLC, Pharmacia Corp., Monsanto Co., Lance St. Amant, Rita Nowell, Christine Ransom, Mickey Rumsey

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

FILED
JUL 27 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY
SOUTHERN DISTRICT OF MISSISSIPPI

**(c)** ATTORNEY'S NAME (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER):
NAVAN WARD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
POST OFFICE BOX 4160    PHONE: 334-269-2343
MONTGOMERY, AL 36103-4160    FAX: 334-954-7555

ATTORNEYS (If Known): Walter T. Johnson/Leigh D. Vernon    (601) 948-6470
Watkins & Eager PLLC    (601) 354-3623 (fax)
400 East Capitol Street, Suite 300    P.O. Box 650
Jackson, MS 39201    Jackson, MS 39205

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Gov't Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND IN ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)                                    AND ONE BOX FOR DEFENDANT

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28USC§158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury – Med. Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28USC§157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | X 365 Personal Injury – Product Liability | ☐625 Drug Related Seizure of Property 21USC§881 |  | ☐430 Banks & Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel, Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability |  | ☐640 Railroad & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regulations | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐480 Consumer Credit |
| ☐153 Recovery of Overpayment of Vet's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | **SOCIAL SECURITY** | ☐490 Cable/Sat TV |
| ☐160 Stockholders' Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | ☐861 HIA (1395ff) | ☐810 Selective Service |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) | ☐850 Securities/Commodities/Exchange |
| ☐195 Contract Prod.Liability |  |  | ☐720 Labor/Mgmt. Relations | ☐863 DIWC/DIWW (405(g)) | ☐875 Customer Challenge 12USC§3410 |
| ☐196 Franchise |  |  | ☐730 Labor/Mgmt. Reporting and Disclosure Act | ☐864 SSID Title XVI | ☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐891 Agricultural Acts |
|  |  |  | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐892 Economic Stabilization Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence HABEAS CORPUS: | ☐791 Empl. Ret. Inc. Security Act | ☐870 Taxes (US Plaintiff or Def.) | ☐893 Environmental Matters |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General |  | ☐871 IRS-Third Party 26USC§7609 | ☐894 Energy Allocation Act |
| ☐230 Rent Lease & Ejectm't | ☐443 Housing/Accommodations | ☐535 Death Penalty |  |  | ☐895 Freedom of Information Act |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other |  |  | ☐900 Appeal of Fee Determination Under Equal Access to Justice Act |
| ☐245 Tort Product Liability | ☐445 Amer. w/Disabilities - Employment | ☐550 Civil Rights |  |  | ☐950 Constitutionality of State Statute |
| ☐290 All Other Real Prop. | ☐446 Amer. w/Disabilities - Other | ☐555 Prison Condition |  |  |  |
|  | ☐440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

(Cite the U.S. civil statute under which you are filing. Do not cite jurisdictional statute unless diversity.)
Title 28, U.S.C. SECTION 1441; TITLE 28 U.S.C. SECTION 1332; 28 U.S.C. SECTION 1446

Brief description of cause: pharmaceutical products liability action

## VII. REQUESTED IN COMPLAINT:

☐ Check if this is a CLASS ACTION UNDER F.R.C.P.23

DEMAND: Unspecified

Check YES only if demanded in complaint:
JURY DEMAND: X YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)

JUDGE _____    DOCKET NUMBER _____

July 27, 2007
Date

Signature of Attorney of Record    Walter T. Johnson

FOR OFFICE USE ONLY
RECEIPT # 1324527    AMOUNT $ 350.00    APPLYING IFP    JUDGE    MAG. JUDGE