CLOSED, JMR, JURY

## U.S. District Court
### Southern District of Mississippi (Southern)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00967-LG-JMR
### Internal Use Only

Montiforte v. Pfizer, Inc. et al
Assigned to: District Judge Louis Guirola, Jr
Referred to: Magistrate Judge John M. Roper
Demand: $75,000
Case in other court: Circuit Court of Harrison County,
    Mississippi, A2401-07-00214
Cause: 28:1441 Notice of Removal-Product Liability

Date Filed: 07/27/2007
Date Terminated: 09/11/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carolyn Montiforte**     represented by **Navan Ward, Jr.**
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
Email: navan.ward@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by **Walter T. Johnson**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: wjohnson@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, LLC.**     represented by **Walter T. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by **Walter T. Johnson**
(See above for address)
*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

Monsanto Company　　　　represented by **Walter T. Johnson**
　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

Lance St. Amant

**Defendant**

Rita Nowell　　　　represented by **Walter T. Johnson**
　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

Christine Ransom

**Defendant**

Mickey Rumsey　　　　represented by **Walter T. Johnson**
　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

Fictitious Defendants A,B,C and D

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/27/2007 | 1 | NOTICE OF REMOVAL by Monsanto Company, Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation from Circuit Court of Harrison County, Mississippi, case number A2401-07-214, with jury demand in lower court. (Filing fee $350.00, receipt number B026527) State court record maintained in file. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A-B # 3 Exhibit C-D) (RLW) (Entered: 07/30/2007) |
| 07/27/2007 |  | (Court only) ***Set CJRA-P, Magistrate, and Jury Flags. (RLW) (Entered: 07/30/2007) |
| 07/30/2007 | 2 | Letter sent to MDL Clerk with docket entries and complaint/notice of removal. (RLW) (Entered: 07/30/2007) |
| 08/01/2007 | 3 | ANSWER to Complaint with Jury Demand by Rita Nowell, Mickey Rumsey, Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation. (Johnson, Walter) (Entered: 08/01/2007) |
| 08/01/2007 | 4 | Corporate Disclosure Statement by Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation (Johnson, Walter) (Entered: 08/01/2007) |
| 08/01/2007 | 5 | MOTION to Stay *or Deferral of All Proceedings Pending Transfer to* |

|  |  |  |
|---|---|---|
|  |  | *Multidistrict Litigation Proceedings* by Rita Nowell, Mickey Rumsey, Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Johnson, Walter) (Entered: 08/01/2007) |
| 08/03/2007 | 6 | MOTION to Remand by Carolyn Montiforte (Ward, Navan) (Entered: 08/03/2007) |
| 08/03/2007 | 7 | MEMORANDUM in Support re 6 MOTION to Remand *and Response in Opposition to Defendants' Motion to Stay* filed by Carolyn Montiforte (Attachments: # 1 Exhibit 1)(Ward, Navan) (Entered: 08/03/2007) |
| 08/06/2007 |  | DOCKET ANNOTATION as to # 7. Attorney's office is advised that this document should also be filed as a Response in Opposition to Motion to Stay, using the same pdf. Attorney's office is advised in the future, memorandums and responses should be filed separately. (JCH) (Entered: 08/06/2007) |
| 08/08/2007 |  | TEXT ORDER ONLY granting 5 Motion to Stay.In light of the pending Motion to Remand,this matter is stayed pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules of this Court. Parties are to contact the Court forthwith if this matter is not referred to MDL for a CMC. Signed by Judge John M. Roper on August 8,2007 (Nicaud, Jenny) (Entered: 08/08/2007) |
| 08/13/2007 | 8 | REPLY to Response to Motion re 5 MOTION to Stay *or Deferral of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings*, 7 Memorandum in Support of Motion filed by Rita Nowell, Mickey Rumsey, Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Johnson, Walter) (Entered: 08/13/2007) |
| 08/20/2007 | 9 | RESPONSE to Motion re 6 MOTION to Remand filed by Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation (Johnson, Walter) (Entered: 08/20/2007) |
| 08/20/2007 | 10 | MEMORANDUM IN SUPPORT re 9 Response to Motion *to Remand* filed by Pfizer, Inc., G.D. Searle, LLC., Pharmacia Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Johnson, Walter) (Entered: 08/20/2007) |
| 09/10/2007 | 11 | Copy of proposed CTO-80, received from MDL Judicial Panel. (RLW) (Entered: 09/10/2007) |
| 09/11/2007 | 12 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER: transferring this case to the Northern District of California, San Francisco Division and assigned to the Honorable Charles R. Breyer. (RLW) (Entered: 09/11/2007) |
| 09/11/2007 |  | (Court only) ***Cleared CJRA-SU Flag. (RLW) (Entered: 09/13/2007) |
| 09/13/2007 |  | Remark: E-mailed the PDF documents and docket sheet to the Northern District of California, San Francisco Division. (RLW) (Entered: |

|  |  | 09/13/2007) |  |
|--|--|--|--|